IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
___MACON___ — DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983



Rajmond Y. Hall, YYY.
dOHnSon Syate Prison.
Post Office Box 344.
Wrightsville, Georgia.
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

Gregory L. Bushway, And.
G.B.moore, YYY. Personally.
And within their unduvy.
Duall. CAPACITIES. "Et.al".
(NAME OF EACH DEFENDANT)

Defendant(s)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 3 0 2013

JAMES N. HATTEN, Clerk
By:
_____ Deputy Clerk

CIVIL ACTION NO.

1: 13 - CV - 3243

## I.  GENERAL INFORMATION

1.  Your full name <u>and</u> prison number Rajmond Y. Hall. YYY #336382.

2.  Name and location of prison where you are <u>now</u> confined dOHnSon Syate –
Prison., 290 Donovan Harrison Rd. Wrightsville, Georgia.

3.  Sentence you are now serving (how long?) Twenty (20). Serve nyne (9) yrs.,

(a)  What were you convicted of? "Burglary., Theby Isy Yaking.," –
Felony Grade., And. motor Vehycle Theby."

(b)  Name and location of court which imposed sentence Jones County –
Supervor County Gray Ga., # CASE no: 09-CR-300.,

(c)  When was sentence imposed? Hysbruary 22nd. 2010.

(d)  Did you appeal your sentence and/or conviction?    ☐ Yes   ☒ No

(e)  What was the result of your appeal? _____

_____

(f)  Approximate date your sentence will be completed _____

STATE OF GEORGIA

__SWORN AFFIDAVIT__
THEORY OF RECOVERY:

_Johnson_ COUNTY

Affiant's Name: Raymond Thomas, Hall, ylx, # 336382.

Address: Johnson State Prison, Post Office Box 344.

City: _Wrightsville._   State: _Georgia._   Zip: _31096._

Re: Raymond Thomas, Hall, vs. Gregory L. Bushway, "Et, Al."

Pursuant to S 28 U.S.C.A. 1746 the above named Affiant hereby certifies, deposes and states under penalty of perjury that the foregoing facts, set forth herein, are both true and correct, to the best of his ▉▉▉ knowledge:

Affiant further affirms that he ▉▉ is "sui-juris" and competent to testify in this matter. Affiant submits this Affidavit based on his/her personal knowledge of its contents and offers this sworn testimony for use in this, and any lawful proceeding:

&ast;                    &ast;                    &ast;

IT IS CLEARLY, BASED UPON THE FACE OF THE RECORDS, UNDISPUTABLE THAT FROM IN, ON, OR ABOUT FEBRUARY, 2010, TO ON, IN OR ABOUT SEPTEMBER 2013. GREGORY L. BUSHWAY, FRED BRIGHT AND, G.B. MOORE, YLY, CONSPIRED, ACTED IN CONCERT AND, AIDED AND ABETTED — EACH OTHER TO DO WHATEVER WAS NECESSARY LAWFUL OR NOT, TO ALTER, FORGE, FALSIFY AND, CLEARLY WITHOUT LAWFUL AUTHORITY, UNCONSTITUTIONALLY INCREASE THE JONES COUNTY, SUPERIOR, COURT IMPOSED JUDGMENTS AGAINST ME, WITHOUT-

["THE COURT'S KNOWLEDGE, APPROVAL, CONSENT OR JUDICIAL PARTICIPATION"] IN THE SAME. AND,

THAT UNQUESTIONABLY, THROUGHOUT THE PERIOD OF - THE NOW, COMPLAINED CONSPIRACY. OCMULGEE JUDICIAL CIRCUIT DISTRICT ATTORNEY, FRED BRIGHT, ASSISTANT DISTRICT ATTORNEY GREGORY L. BUSHWAY., AND, OCMULGEE JUDICIAL CIRCUIT PUBLIC DEFENDER. G.B. MOORE, YYY., UNCONSTITUTIONALLY PURSUED THEIR OBJECTIVES FULLY WITHOUT ANY LAWFUL AUTHORITY AND, UNCONSTITUTIONALLY IN VIOLATIONS OF MY DUE PROCESS AND, EQUAL PROTEC- TIONS, UNDER THE LAW(S). FEDERALLY SECURED RIGHT(S). SEE: ZAHREY VS. COFFEY, 221 4.3D. 342 (2000). UNITED STATES, VS. WILLIAMS, 341. U.S. 70.92. 71.8.CT. 581.593. 95. L. ED - 758.
ALSO SEE: BOARD OF REGENTS VS. ROTH. 408 U.S. 564.577- 92. S.CY. 2701. 2709. 33. L. ED. 2D. 548 (1972)......,
PAGE (2) OF (4).

<u>IY IS CLEARLY ESTABLISHED UNDER CONSTITUTIONAL</u>
<u>LEGAL AUTHORITY THAT:</u>

(1): WHERE OCMULGEE JUDICIAL CIRCUIT —
DISTRICT ATTORNEY(S) FRED BRYGHT., AND, GREGORY L.-
BUSHWAY, ALTERED, FALSIFIED, FABRICATED, AND, ALSO,
WHOM CRIMINALLY FORGED STATE COURT RECORDS IN
AN STATE CRIMINAL PROCEEDINGS, THEY CAN AND SHALL
BE HELD LIABLE FOR VIOLATING THE CONSTITU-
TIONAL, RIGHTS OF RAYMOND THOMAS. HALL, III., <u>SEE:</u>
<u>ZAHREY VS. COFFEY</u>, 221 4.3D. 342. (2000); <u>HARLOW VS.-</u>
<u>FITZGERALD</u>, 457 U.S. 800. 818 (1982)....,

(2): OCMULGEE JUDICIAL CIRCUIT PUBLIC
DEFENDER G. B. MOORE. III. WHERE HE CONSPIRED,
WITH OTHER(S), INCLUDING OCMULGEE JUDICIAL

PAGE(3) OF (4).

CIRCUIT DESTRICT ATTORNEYS GREGORY L. -

BUSHWAY, AND FRED BRIGHT. DOES not HAVE

IMMUNITY FROM CIVIL nor CRIMINAL LEABILITY.

PLEASE SEE: TOWER VS. GLOVER, 467 U.S. 914, 104, -

S.CT. 2820, 81. L. ED. 2D. 758 (1984). FERRY VS. -

ACKERMAN. 444 U.S. 193, 100. S.CT. 402. 62, L. -

ED. 2D. 355 (1979). DENNYS VS. SPARKS. 449 U.S. -
24. 66. L. ED. 2D. 185 ○○○○○

This affidavit is given under penalty of perjury pursuant to 28 U.S.C. 1746:

So sworn, this _____24. Sept_____ day of _____ - 2013

IS/ Raymond Thomas Hall
**AFFIANT**
Raymond THomas. HALL., ETC.

**NOTARY PUBLIC**

Sworn and subscribed before me this

_____ day of _Sept_ _____ 2013

IS/_____

PAGE(4) A(4),

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?  ☒ Yes  ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): _Ladmond Thomas Hall, yyy, #336382, "State Application for Writ of Habeas Corpus"_

Defendant(s): _Jose Morales, Warden, Johnson State Prison, Wrightsville, Georgia.._

(b) Name of Court: _Johnson County Superior County._

(c) Docket Number: _2012-HC-13._ When did you file this lawsuit? _May 16th, 2012._

(d) Name of judge assigned to case: _____

(e) Is this case still pending  ☒ Yes  ☐ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

## III. PRESENT CONFINEMENT

6. Where are you now confined? _Johnson State Prison. Wrightsville._

(a) How long have you been at this institution? _____

(b) Does this institution have a grievance procedure?  ☒ Yes  ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

☐ Yes  ☒ No

(2) What was the result? _____

_____

_____

(d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

_____ yy. _____

7. In what other institutions have you been confined? Give dates of entry and exit.

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Raymond Thomas. Hall, e e y a, GDC-336382.,
Johnson State Prison. Post Office Box 344.
290 Donovan Harrison Road.
Wrightsville, Georgia. 31096-0344.

9. List the full name, the official position, and the place of employment of each defendant
in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Gregory L. Bushway. Asst. District Attorney. Ocmulbee-
Judicial Circuit. Graf. Georgia. 31032...

G. B. Moore, yyy, Public Defender, Ocmulgee Judicial
Circuit. Post Office Box 747. Graf. Georgia. 31032.

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth
your claims and contentions against the defendant(s) you have named herein. Tell the court
WHAT you contend happened to you, WHEN the incident(s) you complain about occurred,
WHERE the incident(s) took place, HOW your constitutional rights were violated, and
WHO violated them? Describe how each defendant was involved, including the names of
other persons who were also involved. If you have more than one claim, number and set
forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is
needed at a later time, the court will advise you of this and will afford you sufficient time
to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES
OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND
DIRECT! If the court needs additional information from you, you will be notified.

4 4 4

<u>* FIRST STATEMENT of CLAIM(S) *</u>

FROM IN, ON OR ABOUT FEBRUARY, 2010, TO ON

IN, OR ABOUT SEPTEMBER, 2013, AND, CONTINUING,

WITHIN THE OCMULGEE JUDICIAL CIRCUIT OF THE

MIDDLE DISTRICT OF THE STATE OF GEORGIA,

THE NAMED DEFENDANTS, GREGORY L. BUSHWAY, FRED

BRIGHT, AND, G. B. MOORE, YYY, WHOM WERE AT -

ALL TIMES ["ORGANIZED CRIMINAL ELEMENT(S)"] ---

ACTING UNDER COLOR of STATE LAW(S) AS STATE of

GEORGIA COURT OFFICERS, I.E., ["OFFICER(S) of THE -

COURT"], of JONES COUNTY, GEORGIA, OCMULGEE ---

JUDICIAL CIRCUIT,

"CONSPIRED TOGETHER, WITH EACH OTHER, AND ---

WITH OTHER PERSON(S), ORGANIZED CRIMINAL ELE -

MENT(S), ["KNOWN AND UNKNOWN"], CONTINUOUSLY --

THROUGH ["PATTERNS of RACKETEERING ACTIVITIE(S)"],

PAGE ( 1 ) of ( 17 ).

AND, THE CONTINUOUS THREAT(S) THEREOF.

TO INJURE, OPPRESS, AGGRIEVE, DEPRIVE, AND -
TO, WITHOUT LAWFUL AUTHORITY. ["THROUGH ACT(S) -
CRIMES AND, CONTINUOUS PREDICATE OFFENSE(S) OF ___
UNLAWFULLY INFLUENCING STATE OFFICERS"] INTER-
WITH, THE NAMED PLAINTIFF RAYMOND THOMAS, HALL, YYY.,
WHOM WERE, IS NOW, A LEGALLY BORN CITIZEN OF -
THE UNITED STATES OF AMERICA, AND, OF THE STATE OF
GEORGIA, WITHIN THE LAWFUL, FREE EXERCISE AND
ENJOYMENT(S) OF HIS RIGHTS AND PRIVELEGE(S) ___
SECURED TO HIM BY THE CONSTITUTION AND LAWS
OF THE UNITED STATES. ["NOY TO BE DEPRIVED OF,
NOR, WITHOUT LAWFUL AUTHORITY SUBJECTED TO:"]

"(1): INTENTIONAL, WILLFUL INTERFERENCE -
OF HIS PROCEDURAL DUE PROCESS RIGHTS;, AND, NOR.

(2): SUBJECTED TO INTENTIONAL, WILLFUL -
AND, CONSPIRATORIALLY PLANNED, KNOWING INTERFERENCE-

PAGE (2) OF (17).

Of His Liberty without Due Process of Law.." Which Conspiracy Have Resulted in Knowing And Foreseeable Violations of the Plaintiff's Due — Process, And, Equal Protection Rights under the Laws), Code(s) And, Statutes of the United States)."

It was Part of the Planned And Purpose of the — Conspiracy That the Conspirators, i.e., ["the Named Defendants"], And, other Organized Criminal — — — Elements, Would, ("Have") without any Lawful — Authority, And, in Violations of Their Duly Sworn — Oath of Office, Robbery, Unlawful Influencing, And, Corruption, Falsified, Forged And, Unlawfully Altered the Judicial Judgment of Jones County, Scmulber Judicial Circuit) Chief Superior — — Court Judge the Honorable William A. Pryor, Jr., Against the Plaintiff Raymond Thomas, Hall, y.y.y..

PAGE (3) OF (17).

WHEREBY in violations of the named Plaintiff's
DUE PROCESS RIGHTS, AND, EQUAL PROTECTION ___
RIGHTS UNDER THE LAW:

"WITHOUT LAWFUL AUTHORITY SECRETLY
ALTERED, AND, INCREASED THE COURTS
ORIGINALLY IMPOSED JUDGMENT(S) UP-
THE NAMED PLAINTIFFS AND, WHERE BY, -
USED THE STATE'S PHONE AND FAX SERVICES,
AND, THE UNITED STATES MAIL, POSTAL —
TO FORWARD SUCH FALSIFIED, FORGED, -
FRAUDULENT AND UNLAWFULLY ALTERED
STATE COURT RECORDS AND STATE COURT
ALTERED, FORGED JUDGMENTS TO THE
GEORGIA DEPARTMENT OF CORRECTIONS,
AND STATE DEPARTMENT OF LAW, AND, UPON
OTHER STATE AND FEDERAL AGENCIES."

PAGE (4) OF (17).

"Y.E., PLEASE SEE PAGE(S)-(5) THROUGH-(9).,
PARAGRAPH(S)-(1) THROUGH (25) OF THE Plaintiff's --
EXHIBIT-(A). NOW, PLEASE THE DEFENDANTS --
UNLAWFULLY ALTERED, FORGED COURTS JUDGMENT(S).
ATTACHED HERETO AS THE Plaintiff's EXHIBIT (B)."


AS AN DIRECT AND, THE CONTINUOUS RESULT OF THE
NAMED DEFENDANTS KNOWING, WILLFUL, PARTICIPATION
IN, AND, THEIR INTENTIONAL CRIMINAL ENGAGEMENTS
WITHIN THEIR CONSPIRATORIALLY PLANNED VIOLATIONS -
OF CLEARLY ESTABLISHED LAWS, CODE(S), STATUTES AND -
THEIR CONTINUOUS VIOLATION OF CLEARLY ESTABLISHED,
FEDERALLY PROTECTED, CONSTITUTIONAL RIGHTS.
THIS NAMED Plaintiff RAYMOND Thomas, HALL, Y.Y.Y.,
HAS BEEN, AND, SHALL CONTINUED TO BE UNLAWFULLY
INJURED, AND AGGRIEVED IN HIS PERSON AND full -
PAGE(S) OF (17).

FEDERALLY SECURED RIGHTS AS AN LEGALLY BORN __
CITIZEN OF THE UNITED STATES WHEN THIS COURT
IMMEDIATELY GRANT THE CLEAR LEGAL RIGHTS TO THE
NECESSARY RELIEF SOUGHT WITHIN THIS FEDERAL
ACTION. AND THEY THE HEREIN PROPERLY NAMED __
DEFENDANTS MUST BE ENJOIN...

## ✳ SECOND STATEMENT OF CLAIM(S) ✳

FROM IN, ON OR ABOUT FEBRUARY 2010, TO ON,
IN, OR ABOUT SEPTEMBER, 2013 AND CONTINUING. __
WITHIN THE OCMULGEE JUDICIAL CIRCUIT OF THE
MIDDLE DISTRICT OF THE STATE OF GEORGIA.
" THE NAMED DEFENDANT(S), GREGORY L. BUSHWAY, -
G. B. MOORE, ¥¥¥. AND FRED BRIGHT, IN VIOLATIONS
OF THEIR DULY SWORN OATH'S OF OFFICE AND, WHOM, -
WHILE AT ALL TIMES ACTING UNDER COLOR OF STATE -

PAGE (6) OF (17).

LAW(S). AS STATE OFFICIALS. AND. SPECIFICALLY AS --
["OFFICERS OF THE COURT"] OF AND FORE JONES COUNTY,
OCMULGEE JUDICIAL CIRCUIT.,

CONSPIRED TOGETHER, WITH EACH OTHER, AND WITH
OTHER PERSONS, INDIVIDUALS AND, ORGANIZED ___ __
CRIMINAL ELEMENT(S), KNOWN AND UNKNOWN, TO UN-
LAWFULLY, CONDUCT THE AFFAIRS OF THE OCMULGEE
JUDICIAL CIRCUIT DISTRICT ATTORNEY OFFICE.,
AND, THE OCMULGEE JUDICIAL CIRCUIT PUBLIC
DEFENDERS OFFICE. ["AS AN CRIMINAL ENTERPRISE"] -
THROUGH PATTERNS OF RACKETEERING ACTIVITIE(S) -
AND, THE ["CONTINUOUS"] THREAT(S) THEREOF, TO-WIT;

" 1. OBSTRUCTION OF JUSTICE.,

   2. OBSTRUCTING THE ADMINISTRATION PROCESS OF
      JUSTICE.,

   3. FRAUD., DEFRAUDING THE COURT.,

                    PAGE (7) OF (17).

4. INTERFERRING WITH THE ADMINISTRATION PROCESS OF JUSTICE.

5. WIRE FRAUD.,

6. MAIL FRAUD.,

7. FORGERY.,

8. FORGING STATE RECORDS.,

9. PERJURY AND OTHER FALSIFICATIONS.,

10. FALSE, FRAUDULENT REPRESENTATIONS.,

11. CORRUPTION.,

12. FALSE, FRAUDULENT PRETENSES).,

13. GROSS PROSECUTORIAL MISCONDUCT.,

14. VIOLATIONS OF OATH OF OFFICE.,

15. GROSS MISCONDUCT IN OFFICE.,

16. GROSS MISUSE OF OFFICE.,

17. PATTERNS OF RACKETEERING ACTIVITIES).,

18. AYDING AND ABETTING.

PAGE (8) OF (17).

19. MATERIALLY SUPPORTING CRIMINAL ACTIVITIES.

20. USE OF INTERSTATE COMMERCE FACILITIES -
IN THE COMMISSION OF CRIMES.

21. NEGLECT TO PREVENT.

22. DEPRIVATION OF, THE INTERFERENCES WITH, -
RIGHTS AND SECURED PRIVILEGES.

23. UNLAWFULLY DEPRIVING PERSON OF RIGHTS,
AND PRIVILEGES.

24. UNLAWFULLY TAMPERING WITH STATE RECORDS.
AND,

25. UNLAWFULLY INFLUENCING OF STATE OFFICIALS,
OFFICERS." AND,

WHOM CONSPIRED TO UNLAWFULLY VIOLATE THE -

CLEARLY ESTABLISHED LAWS AND LEGAL, CRIMINAL --

PROVISIONS OF THE UNITED STATES AND OF THE STATE

OF GEORGIA. TO-WIT

" UNITED STATES CODE ANNOTATED, TITLE 18. SECTIONS

241. ET. SEQ., SECTIONS 1961. ET. SEQ., SECTIONS 2., -

PAGE (9) OF (17).

ET. SEQ., UNITED STATES CODE ANNOTATED, TITLE 28,
SECTION 867. ET. SEQ., UNITED STATES CODE ___ ___
ANNOTATED, TITLE 18, SECTION 2339 (A), ET. SEQ., ___
UNITED STATES CODE ANNOTATED, TITLE 18, SECTION
1958. ET. SEQ., UNITED STATES CODE ANNOTATED, TITLE-
18. SECTION 1343, ET. SEQ., UNITED STATES CODE ~
ANNOTATED, TITLE 42, SECTION 1986 (A)(3), ET. SEQ.,
UNITED STATES CODE ANNOTATED, TITLE, 42, SECTION
2000 (A)(2), (A)(3), AND (C). ET. SEQ., UNITED STATES)-
CODE ANNOTATED, TITLE 42, SECTION 1985(3). ET. SEQ.,
UNITED STATES CODE ANNOTATED, TITLE, 42, SECTION.
1981. ET. SEQ., OCGA 16-10-94. ET. SEQ., OCGA 16-
10-94 (1). ET. SEQ., OCGA 16-10-2. ET. SEQ., OCGA -
16-10-5. ET. SEQ., OCGA 16-14-1., 16-14-3 (1)., -
16-14-3 (2)., (3), AND. (4) (A), (B) AND (C). ET. SEQ., ~
AND THEY MUST BE ENJOIN...'/, AS THE UNLAWFUL,
PAGE (17) of (17).

ACT(S), CRIMES, PREDICATE OFFENSE(S) AND VIOLATION(S) OF DUE PROCESS RIGHT(S) AS COMPLAINED OF, WERE NOT CARRIED OUT, NOR UNLAWFULLY ENGAGED IN AS AN OCCASIONAL PRACTICE. BUT WERE AND ARE NOW, THE DIRECT PART OF AN CONTINUOUS, ON-GOING AND SYSTEMATIC PATTERNS OVER AN NON-STOP PERIOD, BEGINNING FROM FEBRUARY 2010 AND, CONTINUING. AND THE NAMED PLAINTIFF HAS BEEN INJURED AND AGGRIEVED IN HIS PERSON AND RIGHTS. AND THE NAMED DEFENDANT MUST BE ENJOIN:

PAGE (11) OF (17).

* PRAYER(S) AND DEMAND(S) FOR RELIEF *

THE PLAINTIFF RAYMOND THOMAS, HALL, 444, PRAYS
THAT THIS HONORABLE UNITED STATES DISTRICT COURT
WILL AND SHALL:

(1): IMMEDIATELY ISSUE AN ORDER OF THIS
HONORABLE COURT, ORDERING PLAINTIFFS FEDERAL
CIVIL ACTION AGAINST ALL PROPERLY NAMED-PARTIE
DEFENDANT(S) FILED UPON All HEREIN ABOVE STATED
CLAIM(S) AND VALID CAUSE OF ACTION(S)..

(2): IMMEDIATELY ISSUE AN ORDER OF THIS
HONORABLE COURT, GRANTING THE PLAINTIFFS full
LEGAL STANDING TO SUE EACH OF THE PROPERLY
NAMED, HEREINABOVE STATED, PARTIE DEFENDANTS,
INDIVIDUALLY AND PERSONALLY..

PAGE (12) OF (12).

(2)(A): IMMEDIATELY ISSUE AN ORDER OF
THIS HONORABLE UNITED STATES DISTRICT COURT,
UPON SUBMISSION OF THE PROPER PLEADING(S).
WHEREBY GRANTING THE NAMED PLAINTIFF —
RAYMOND THOMAS, HALL, etc., IN ACCORDANCE —
WITH RULE(S) 5(A)(1)., 5(B)(1). 65(A). 65(A)(2).
65(B)(3)., 78(A)., AND, 78(B) FEDERAL RULES
OF CIVIL PROCEDURE(S);

   AN PRELIMINARY AND PERMANENT FEDERAL
INJUNCTIONS AGAINST THE NAMED DEFENDANTS.,

   (2)(B): IMMEDIATELY ISSUE AN ORDER OF
THIS HONORABLE UNITED STATES DISTRICT COURT,
UPON SUBMISSION OF THE PROPER PLEADING(S),
WHEREBY IN ACCORDANCE WITH UNITED STATES
CODE ANNOTATED, TITLE 28, SECTION 2201. ET. —
SEQ., GRANTING full DECLARATORY RELIEF......,
        PAGE(13) OF (17).

(3): AFTER SUBMISSION OF ALL PROPER MOTIONS,
AND PLEADINGS, IMMEDIATELY ISSUE AN ORDER OF
THIS HONORABLE UNITED STATES DISTRICT COURT -
EXPLICITLY DECLARING:

(A): THAT THE NAMED DEFENDANTS GREGORY
L. BUSHWAY, FRED BRIGHT, AND G. B. MOORE, III,
WILFULLY AND, KNOWINGLY ENGAGED IN AN CRIMINAL
AND, UNCONSTITUTIONAL CONSPIRACY AGAINST THE -
NAMED PLAINTIFF RAYMOND THOMAS, HALL, III,

(B): THAT THE NAMED DEFENDANTS, GREGORY -
L. BUSHWAY, FRED BRIGHT, AND G. B. MOORE, III,
WILLING, KNOWINGLY AND INTENTIONALLY ENGAGED
WITHIN CLEARLY ESTABLISHED VIOLATIONS OF THE
NAMED PLAINTIFFS RAYMOND THOMAS, HALL, III, -
DUE PROCESS RIGHT(S)..;

PAGE (15) OF (17).

(C): THAT THE NAMED DEFENDANTS, GREGORY L.-
BUSHWAY., FRED BRIGHT., AND, G. B. MOORE, I I I.,
WILLFULLY AND. KNOWINGLY, HAS INTENTIONALLY - - -
ENGAGED IN CLEARLY ESTABLISHED VIOLATION(S)
AGAINST THE LAW(S) OF THE UNITED STATES AND
OF THE STATE OF GEORGIA.,

(D): THAT THE NAMED DEFENDANTS, GREGORY L. -
BUSHWAY., FRED BRIGHT., AND, G. B. MOORE, I I I.,
WILLINGLY, KNOWINGLY AND. INTENTIONALLY HAVE,
ENGAGED IN PATTERNS OF RACKETEERING ACTIVITY.
AND, CLEARLY ESTABLISHED VIOLATIONS OF PREDICATE
OFFENSE(S) AND CRIMES AGAINST THE LAWS OF THE
UNITED STATES AND OF THE STATE OF GEORGIA.,

(E): THAT THE NAMED DEFENDANTS, GREGORY L.
BUSHWAY., FRED BRIGHT., AND, G. B. MOORE, I I I.,
PAGE(16) OF (17).

Knowingly, willingly and, intentionally has-engaged in criminal conduct which clearly constitute violations of their oath's of office. And, which violate's the Constitution and laws, of the United States and of the State of Georgia.

(F): That the named Defendant(s), Gregory L. Bushway, Fred Bright, and, G. B. Moore, III., and, other organized criminal element(s) did, have conspired to violate the plaintiff's Raymond Thomas. Hall, III, rights under the 5th, 6th and 14th Amendments to the United States Constitution and laws." And,

(G): That the named Defendants, Gregory L. Bushway, Fred Bright and G. B. Moore, III., are liable for violating the plaintiff's rights.

Page (16) of (17).

(4): ISSUE AN IMMEDIATED ORDER of -
THIS HONORABLE UNITED STATES DISTRICT COURT,
GRANTING THE Plaintiff RAYMOND THOMAS, HALL,
AN full TRIAL BY JURY.

(5): AWARD THE Plaintiffs RAYMOND THOMAS,-
HALL, eee, nOMINAL AND PUNITIVE DAMAGES,
PERSONALLY AND INDIVIDUALLY AGAINST THE _
NAMED DEFENDANTS GREGORY L. BUSHWAY, FRED-
BRIGHT, AND, G. B. MOORE, eee, THE ACTUAL
AMOUNT ARE TO BE ADJUDICATED BY THIS ___
HONORABLE UNITED STATES DISTRICT COURT: